**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

VINCENT P. JIMENEZ,

    Plaintiff,

v.                                                                                        No. 11-cv-0707 WJ/SMV

JEFFREY STONE,
KEVIN TODACHEENIE, and
CITY OF ALBUQUERQUE,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER comes before the Court on a Rule 16 scheduling conference. The Court has reviewed Plaintiff's Joint Status Report and Provisional Discovery Plan [Doc. 28], and Defendants' Objections to Plaintiff's Submitted Joint Status Report and Provisional Discovery Plan and Defendants' Joint Status Report and Provisional Discovery Plan [Doc. 29], filed October 1 and October 5, 2012, respectively. Pursuant to the scheduling conference, the Court adopts both filings as the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 33], filed October 16, 2012.

                                                        **STEPHAN M. VIDMAR**
                                                        **United States Magistrate Judge**