IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VINCENT P. JIMENEZ,

    Plaintiff,

v.                                                                  No. 11-cv-0707 WJ/SMV

JEFFREY STONE,
KEVIN TODACHEENIE, and
CITY OF ALBUQUERQUE,

    Defendants.

## ORDER SETTING TELEPHONIC HEARING

**Date and time**:    March 20, 2013, at 2:00 p.m.

**Matter to be heard**:  Defendant City of Albuquerque's Motion to Compel Plaintiff's Answers to Defendant's Discovery [Doc. 49]

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic hearing is hereby set for **March 20, 2013, at 2:00 p.m.** Counsel and parties shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

    IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**