# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**VINCENT P. JIMENEZ,**

     **Plaintiff,**

**v.**                                                    **No. 11-cv-0707 WJ/SMV**

**JEFFREY STONE,**
**KEVIN TODACHEENIE, and**
**CITY OF ALBUQUERQUE,**

     **Defendants.**

## FINAL JUDGMENT

     Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in this matter.  Having dismissed the action in an order entered concurrently herewith,

     **IT IS ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered **IN FAVOR OF DEFENDANTS** on all of Plaintiff's claims, which are hereby **DISMISSED WITH PREJUDICE**.

     **IT IS SO ORDERED**.

 

_____
     **UNITED STATES DISTRICT JUDGE**